UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FRANKLIN A. HIGGINS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>WARDEN, MAINE STATE )<br>PRISON, )<br>)<br>Defendant ) | Civil No. 07-6-B-W |

### RECOMMENDED DECISION

On January 19, 2007, I entered an ORDER reserving ruling on Petitioner's Motion for Leave to Proceed in forma pauperis, indicating that both the motion for leave to proceed and the Petition filed under Section 2254 must be SIGNED and affirmed under penalty of perjury. At that time neither document had been signed. I gave petitioner until February 1, 2007, to submit signed copies of both pleadings and further indicated that the matter may be summarily dismissed from the docket if he failed to do so. As of this date petitioner has not filed a signed motion to proceed or petition under § 2254.

Therefore, I recommend that the motion to proceed in forma pauperis be denied and the petition be summarily dismissed.

### NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A

responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated February 6, 2007.   /s/ Margaret J. Kravchuk
                          U.S. Magistrate Judge